**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1182

ROSEMARY L. JIMENEZ,

        Plaintiff - Appellant,

      v.

MICHAEL J. ASTRUE, Commissioner of Social Security
Administration; NEIL ANTHONY GORDON MCPHIE, United States Merit
System Protection Board; LINDA M. SPRINGER, United States Office
of Personnel Management,

        Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, District Judge. (1:06-
cv-03228-JFM)

Submitted: July 31, 2008        Decided: August 4, 2008

Before NIEMEYER and TRAXLER,[*] Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rosemary L. Jimenez, Appellant Pro Se. Alex Samuel Gordon, OFFICE
OF THE UNITED STATES ATTORNEY, Allen F. Loucks, Assistant United
States Attorney, Jennifer Wright Schick, Assistant United States
Attorney, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

---

     [*]The opinion is filed by a quorum pursuant to 28 U.S.C.
§ 46(d).

PER CURIAM:

Rosemary L. Jimenez appeals the district court's order granting defendants' motion for summary judgment in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Jimenez v. Astrue</u>, No. 1:06-cv-03228-JFM (D. Md., Nov. 20, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>